USDC, [stamp illegible] ... OF LA.
DATE 11/21/12
BY OM

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **REGINALD D. DAVIS** | **CIVIL ACTION NO. 11-795-P** |
| **VERSUS** | **JUDGE WALTER** |
| **STATE OF LOUISIANA, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint is **DISMISSED WITH PREJUDICE** as frivolous pursuant to Section 1915(e) until such time as the <u>Heck</u> conditions are met.

THUS DONE AND SIGNED, in chambers, in Shreveport, Louisiana, on this 20 day of November, 2012.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE